Opinion issued August 30, 2018



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-18-00244-CV

————————————

**ROSHANDA ROSHALLE DRAKE, Appellant**

**V.**

**ERNESTO CARRATALA, Appellee**

---

**On Appeal from the 308th District Court**
**Harris, Texas**
**Trial Court Case No. 2016-87832**

---

**MEMORANDUM OPINION**

Appellant, Roshanda Roshalle Drake, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for want of prosecution.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.